```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
CHRIS KOSACHUK,                        :
                                       :          19mc326 (DLC)
                        Plaintiff      :
                                       :             ORDER
              -v-                      :
                                       :
9197-5904 QUEBEC, INC.,                :
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiff having moved to file under seal three documents from judicial proceedings in the Eastern District of Pennsylvania (ECF Nos. 11, 12, and 13), and having requested that they be unsealed, it is hereby

ORDERED that these documents shall remain under seal.

IT IS FURTHER ORDERED that any application to unseal these documents shall be made in the court that sealed them, rather than being considered in the first instance by this Court.

Dated:   New York, New York
         February 5, 2025

                                         _____
                                                  DENISE COTE
                                         United States District Judge