```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
CHRIS KOSACHUK,                        :
                                       :           19mc326 (DLC)
                         Plaintiff,    :
                                       :           ORDER
              -v-                      :
                                       :
9197-5904 QUEBEC, INC.,                :
                                       :
                         Defendant.    :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On February 10, 2025, the plaintiff filed a motion to enforce a judgment against 9197-5904 Quebec, Inc. ("Quebec") and Selective Advisor Group, LLC ("Selective"). An Order of February 18 instructed that Quebec and Selective shall serve any opposition within 14 days after they have both been served, and that any reply shall be served 7 days thereafter. It appearing that Quebec and Selective were both served as of February 20, it is hereby

ORDERED that Quebec and Selective shall serve any opposition to the plaintiff's motion to enforce the judgment by March 6, and that any reply shall be served by March 13.

Dated:   New York, New York
         February 26, 2025

                                          _____
                                                  DENISE COTE
                                          United States District Judge